

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
1133 NORTH SHORELINE BLVD., RM.208
CORPUS CHRISTI, TEXAS 78401-2042

(361) 888-3142

www.txs.uscourts.gov

February 26, 2007

**Clerk**
**United States District Court**
**501 I Street**
**Sacramento, CA 95814**

RE: CA 2:06-2550 Richard J. Mitcham v. MERSCORP Inc., et al

Dear Clerk,

Pursuant to a Transfer Order CTO-1 (filed 2/20/07) from the Judicial Panel on Multidistrict Litigation, the above captioned case has been transferred to this district for consolidation under *MDL 1810, In Re MERSCORP Inc. et al., RESPA Litigation*. A certified copy of the transfer order is enclosed.

A civil case has been opened in our Court using the docket sheet and PDF images obtained through your website.

**The SDTX, Corpus Christi Division's newly-assigned civil action number for the above mentioned case is: 2:07cv80**

Subsequent to transfer, all documents are to be filed in the SDTX, Corpus Christi Division for this case.

Thank you.

MICHAEL N. MILBY, Clerk

By: *Lori Cayce*
Deputy Clerk



United States District Court
Southern District of Texas
FILED

FEB 2 0 2007

Michael N. Milby, Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 2 5 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1810

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE MERSCORP INC., ET AL., REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA) LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On January 10, 2007, the Panel transferred eight civil actions to the United States District Court for the Southern District of Texas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d.___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Janis Graham Jack.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Texas and assigned to Judge Jack.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Texas for the reasons stated in the order of January 10, 2007, and, with the consent of that court, assigned to the Honorable Janis Graham Jack.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Texas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 1 2 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

TRUE COPY I CERTIFY
ATTEST: 2-20-07
MICHAEL N. MILBY, CLERK
By_____
Deputy Clerk